

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 15 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

April 7, 2015

Ms. Karen Phillips
Smith County Clerk
200 East Ferguson
Suite 300
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

**RE:**    Case Number:              12-14-00308-CV
           Trial Court Case Number:   63,495-B

**Style:**  Connie Frazier
           v.
           Irineo Garcia

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

CC:   Connie Frazier
      Irineo Garcia

Mandate executed on ___11___ day of _Apr_____, 2015.

Brief explanation of action taken: _he let me stay_____

_____ District/County Clerk